IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| Michael C. Hild, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:25-cv-01050-DJN |
| | ) | |
| Dan Foster, in his individual capacity; | ) | |
| Glen Haddock, in his individual capacity; | ) | |
| Lawrence "Larry" Mattera, Jr., in his | ) | |
| individual capacity; | ) | |
| Bloomberg, L.P.; | ) | |
| Intercontinental Exchange, Inc.; | ) | |
| Industrial and Commercial Bank of China | ) | |
| Limited; | ) | |
| Mirae Asset Securities (USA) Inc.; | ) | |
| Flagstar Bank, FSB; | ) | |
| Customers Bank; | ) | |
| And Does 1-50, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT CUSTOMERS BANK'S MOTION TO DISMISS

Defendant Customers Bank, by counsel, pursuant to Federal Rule of Civil Procedure 12,

and Local Rule 7, moves the Court to dismiss the Complaint, at least as to Customers Bank if not

entirely, and all claims against Customers Bank, with prejudice. In particular, and as set forth in

more detail in the accompanying memorandum in support, (i) the Complaint fails to state a claim

over which this Court has subject matter jurisdiction; (ii) plaintiff does not have standing to seek

damages for losses suffered by Live Well; and (iii) the Complaint does not plead specific facts

sufficient, under the applicable pleading standard, to meet the elements of the Virginia Business

Conspiracy Act—and cannot ever do so. For these reasons, as well as any other reasons set forth

either in the memorandum in support or in motions or memoranda filed by any other defendants,

the Court should dismiss the Complaint with prejudice.

Respectfully submitted,

Dated   January 20, 2026

_____/s/_____
Kevin B. Bedell (Va. Bar No. 30314)
e-mail:  kbbedell@outlook.com
1309 Capulet Court
McLean, Virginia  22102
Tel:  (703) 963-6118

and

DORSEY & WHITNEY LLP

James K. Langdon
(pro hac vice forthcoming)
langdon.jim@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Attorneys for Defendant Customers Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January, 2026, I will electronically file the

foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification

of such filing (NEF) to the following:

> Michael C. Hild
> michaelchristopherhild@gmail.com
> 2302 East Marshall Street
> Richmond, VA 23223
>
> *Plaintiff, pro se*

>                   /s/
> Kevin B. Bedell (Va. Bar No. 30314)
> e-mail:  kbbedell@outlook.com
> 1309 Capulet Court
> McLean, Virginia  22102
> Tel:  (703) 963-6118
>
> *Attorney for Defendant Customers Bank*