IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number __3:25-cv-01050-DJN__, Case Name __Hild v. Dan Foster, et al__
Party Represented by Applicant: __Customers Bank__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __James Kevin Langdon__
Bar Identification Number __171931__  State __Minnesota__
Firm Name __Dorsey & Whitney LLP__
Firm Phone # __(612) 340-2600__  Direct Dial # __(612) 340-8759__  FAX # __(612) 340-2868__
E-Mail Address __langdon.jim@dorsey.com__
Office Mailing Address __50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402__

Name(s) of federal district court(s) in which I have been admitted __USDC, District of Minnesota; USDC, E.D. Wisconsin; USDC, N.D. Florida; USDC, E.D. Michigan; USDC, W.D. Michigan__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_James K. Langdon_  Digitally signed by James K. Langdon
Date: 2026.01.23 10:38:18 -06'00'
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_Kevin B Bedell_  Digitally signed by Kevin B Bedell
Date: 2026.01.23 14:01:38 -05'00'    1/23/2026
(Signature)    (Date)
Kevin B. Bedell    30314
(Typed or Printed Name)    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ *or* Exemption Granted ☐

The motion for admission is GRANTED ☐ *or* DENIED ☐

_____    _____
(Judge's Signature)    (Date)