UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**MICHAEL C. HILD,**

    **Plaintiff,**

v.                                                                              Civil Action No. 3:25-cv-01050-DJN

**DAN FOSTER; GLEN HADDOCK; LAWRENCE "LARRY" MATTERA, JR.; CHRISTOPHER KRUPA; BLOOMBERG L.P.; INTERCONTINENTAL EXCHANGE INC.; INDUSTRIAL AND COMMERCIAL BANK OF CHINA LIMITED; MIRAE ASSET SECURITIES (USA) INC.; FLAGSTAR BANK, FSB; CUSTOMERS BANK; AND DOES 1-50,**

    **Defendants.**

**DEFENDANT MIRAE ASSET SECURITIES (USA) INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Mirae Asset Securities (USA) Inc. ("Defendant"), by counsel, and without waiving any defenses described or referred to in Federal Rule of Civil Procedure 12, respectfully requests, pursuant to Fed. R. Civ. P. 6(b) and Local Civil Rule 7(F)(2)(b), a 30-day extension of time to answer, move, or otherwise respond to Plaintiff Michael C. Hild's ("Plaintiff") Complaint, thereby making Defendant's response due on or before March 2, 2026. In support of this motion, Defendant states as follows:

    1.    On December 23, 2025, Plaintiff filed his Complaint in this matter. (Dkt. No. 1.)

    2.    On January 9, 2026, Plaintiff attempted to serve Defendant at the Corporation Service Company ("CSC") in Delaware. (*See* Dkt. No. 13 at 24.)

3. However, the CSC is <u>not</u> a registered agent for Defendant. And on January 12, 2026, the CSC sent a letter (attached hereto as **Exhibit A**) to Plaintiff, indicating that service of process could not be provided to Defendant.

4. On January 23, 2026, Defendant conferred with Plaintiff regarding the above service issue and offered to execute a service waiver. Plaintiff indicated he was not agreeable to a service waiver as "proof of service has been filed and a response deadline set."

5. Defendant then requested Plaintiff's consent to a 30-day extension of the docketed January 30, 2026 deadline [Dkt. No. 13] for Defendant's responsive pleadings.[1] Plaintiff has not responded to the extension request as of this filing.

6. Defendant respectfully requests a 30-day extension, through and including March 2, 2026,[2] to respond to the Complaint.

7. Good cause exists for the requested extension. First, defense counsel was only recently retained and requires additional time to fully analyze the factual and legal issues raised by the Complaint and determine appropriate strategy.

8. Second, Plaintiff's attempted service did not reach the Defendant. Undersigned counsel only recently became aware of the attempted service in this matter, and the Defendant will be prejudiced by not having sufficient time to prepare responsive pleadings.

9. Third, the inclement weather in the Richmond, Virginia area will delay and hinder efforts to appropriately and timely respond to Plaintiff's Complaint.

---

[1] Defendant reserves the right to challenge deficiencies in service under Fed. R. Civ. P. 12(b)(4)-(5).

[2] A 30-day extension would fall on March 1, 2026, which is a Sunday. Therefore, the responsive pleading deadline would be pushed to March 2, 2026 by operation of Fed. R. Civ. P. 6(a)(1)(C).

10. This is Defendant's first request for an extension of time.

11. The requested extension shall not prejudice Plaintiff and will not unduly delay this litigation. For the reasons stated herein, a 30-day extension is appropriate, and there is good cause for the same.

WHEREFORE, Defendant Mirae Asset Securities (USA) Inc. respectfully requests that the Court enter an Order providing it with an extension of time up, to and including March 2, 2026, to answer or otherwise respond to Plaintiff's Complaint.

Dated: January 26, 2026

/s/ John E. Komisin
John E. Komisin (VSB No. 84061)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: 804-697-1872
Facsimile: 804-697-1339
Email: jed.komisin@troutman.com

*Counsel for Mirae Asset Securities (USA) Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 26, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record and to the Plaintiff [Dkt. No. 5].

                                            */s/ John E. Komisin*
                                            John E. Komisin (VSB No. 84061)

                                            *Counsel for Mirae Asset Securities (USA) Inc.*

# EXHIBIT A



**null**
**Transmittal Number: 33063731**

# Rejection of Service of Process

**Return to Sender Information:**

Michael C. Hild null
Michael C. Hild
2302 East Marshall Street
Richmond, VA 23223

| | |
|---|---|
| **Date:** | 01/12/2026 |
| **Party Served:** | Mirae Asset Securities (USA) Inc. |
| **Jurisdiction Served:** | DE |
| **Method Served:** | Personal Service |
| **Title of Action:** | Michael C. Hild vs. Mirae Asset Securities (USA) Inc. |
| **Case/Reference No:** | 3:25cv1050 |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for one of the reasons listed below:

- **Agent -** According to our records and the records at the Secretary of State, or other appropriate state agency, we are not the registered agent for the company you are trying to serve or the status of the entity is no longer active.
- **Name -** Because two or more companies can have very similar names, the name of the company to which service of process is directed MUST BE IDENTICAL to the company name on file with the Secretary of State or other appropriate state agency.
- **Resignation -** CSC has resigned as the registered agent for the company being served.

Or the entity served is inactive at the state for one of the reasons listed below:

- **Withdrawn**
- **Surrendered**
- **Merged Out of Existence**
- **Dissolved**
- **Revoked**

It is your responsibility to verify this information with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service of process, send your request by e-mail to sop@cscglobal.com. Please include the transmittal number located in the upper right-hand corner of this letter.