UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

MICHAEL C. HILD,

    Plaintiff,

v.                                              Civil Action No. 3:25-cv-01050-DJN

DAN FOSTER; GLEN HADDOCK;
LAWRENCE "LARRY" MATTERA, JR.;
CHRISTOPHER KRUPA; BLOOMBERG
L.P.; INTERCONTINENTAL
EXCHANGE INC.; INDUSTRIAL AND
COMMERCIAL BANK OF CHINA
LIMITED; MIRAE ASSET SECURITIES
(USA) INC.; FLAGSTAR BANK, FSB;
CUSTOMERS BANK; AND DOES 1-50,

    Defendants.

## DEFENDANT MIRAE ASSET SECURITIES (USA) INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1(A), Defendant Mirae Asset Securities (USA) Inc. ("Defendant") hereby certifies it has nothing to report pursuant to Local Civil Rule 7.1(A)(1)(a) and (b).

Dated: January 26, 2026                 */s/ John E. Komisin*
                                          John E. Komisin (VSB No. 84061)
                                          TROUTMAN PEPPER LOCKE LLP
                                          1001 Haxall Point
                                          Richmond, Virginia 23219
                                          Telephone: 804-697-1872
                                          Facsimile: 804-697-1339
                                          Email: jed.komisin@troutman.com

                                          *Counsel for Mirae Asset Securities (USA) Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record and to the Plaintiff [Dkt. No. 5].

*/s/ John E. Komisin*
John E. Komisin (VSB No. 84061)

*Counsel for Mirae Asset Securities (USA) Inc.*