IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MICHAEL C. HILD,
    Plaintiff,

v.                                          Civil No. 3:25cv1050 (DJN)

DAN FOSTER, *et al.*,
    Defendants.

## ORDER
### (Granting Motion for Extension of Time)

This matter comes before the Court on Defendant Mirae Asset Securities (USA) Inc.'s ("Defendant Mirae") Motion for Extension of Time to Respond to Complaint (ECF No. 16 ("Motion")). Defendant represents that it is investigating Plaintiff Michael Hild's ("Plaintiff") claims and requires additional time to adequately respond to Plaintiff's Complaint due to an alleged service deficiency and the recent retention of defense counsel (Motion ¶¶ 7, 8.) For good cause shown and because an extension would not prejudice Plaintiff, the Court hereby GRANTS Defendant Mirae's Motion (ECF No. 16). Defendant Mirae may file its response to Plaintiff's Complaint no later than March 2, 2026.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                /s/
                                                   David J. Novak
                                                 United States District Judge

Alexandria, Virginia
Dated: January 27, 2026