IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| MICHAEL C. HILD, *Plaintiff*, v. DAN FOSTER, *et al.*, *Defendants*. | Civil Action No. 3:25-cv-1050-DJN |

**DEFENDANT INTERCONTINENTAL EXCHANGE INC.'S
MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Intercontinental Exchange, Inc. ("ICE"),[1] through the undersigned counsel, and without waiving any defenses described or referred to in Federal Rule of Civil Procedure ("Rule") 12, respectfully requests, pursuant to Rule 6(b) and Local Civil Rule 7(F)(2)(b), a 30-day extension of time to answer, move, or otherwise respond to Plaintiff Michael C. Hild's Complaint, thereby making ICE's response due on or before March 2, 2026. In support of this motion, Defendant states as follows:

1.  On December 23, 2025, Plaintiff filed his Complaint in this matter, Dkt. No. 1.

2.  On January 21, 2026, Plaintiff filed a return of service stating that Corporation Service Company was served as ICE's registered agent on January 9, 2026, Dkt. No. 13 at 12.

---

[1] The undersigned counsel also represents ICE executive Christopher Krupa, who is named in the Complaint as a Defendant in his individual capacity. *See* Dkt. No. 1. No attempt has been made to serve Mr. Krupa with the summons or Complaint, and no deadline is currently set for him to answer, move, or otherwise respond to the Complaint. This Motion is therefore brought solely by ICE.

1

3. Corporation Service Company is not ICE's designated registered agent and is not authorized to accept service on its behalf, *see* Exhibit A (Delaware Department of State, Entity Details for ICE demonstrating Corporation Service Company is not ICE's current registered agent).

4. Plaintiff has not properly served ICE under Federal Rule of Civil Procedure 4(h).

5. Between January 26 and 28, 2026, the Parties conferred in good faith in an attempt to reach an agreement to accept service and extend ICE's deadline to respond to the Complaint. The Parties were ultimately unable to agree on the terms of a joint motion and proposed order.

6. ICE respectfully requests a 30-day extension, through and including March 2, 2026 to respond to the Complaint.

7. Good cause exists to extend ICE's response deadline because ICE has not been served with the summons or Complaint. Further, ICE's counsel requires additional time to fully analyze the factual and legal issues raised by the Complaint and determine appropriate strategy. An extension of time will also permit Mr. Hild time to properly serve ICE, if he so chooses, thereby promoting judicial economy by eliminating the need for ICE to later move to dismiss for improper service.

8. This Motion is filed before the putative expiration of ICE's time to otherwise respond to the Complaint (had ICE been properly served on January 21, 2026 as Mr. Hild erroneously claims).

9. This is ICE's first request for an extension of time.

10. The requested extension will not prejudice Plaintiff or unduly delay this litigation. *See* Dkt. Nos. 14, 20 (granting motions for extension of time "[f]or good cause shown and because an extension would not prejudice Plaintiff," with response deadlines set for March 2, 2026).

11.    For the reasons stated herein, a 30-day extension is appropriate, and there is a good cause for the same.

* * * * *

WHEREFORE, ICE respectfully requests that the Court enter an Order, substantially in the form attached hereto as Exhibit B, providing ICE with an extension of time up to and including March 2, 2026, to answer or otherwise respond to Plaintiff's Complaint.

Dated: January 29, 2026

Respectfully submitted,

*/s/ Donald Burke*

Donald Burke (VSB No. 76550)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
Tel: (202) 303-1037
Fax: (202) 303-2000
DBurke@willkie.com

Matthew Freimuth (*pro hac vice* forthcoming)
Melissa Taustine (*pro hac vice* forthcoming)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
MFreimuth@willkie.com
MTaustine@willkie.com

*Counsel for Defendant
Intercontinental Exchange, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of January, 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Michael C. Hild
    michaelchristopherhild@gmail.com
    2302 East Marshall Street Richmond, VA 23223
    *Plaintiff, pro se*

    */s/ Donald Burke*
    Donald Burke (VSB No. 76550)
    WILLKIE FARR & GALLAGHER LLP
    1875 K Street, N.W.
    Washington, DC 20006
    Tel: (202) 303-1037
    Fax: (202) 303-2000
    DBurke@willkie.com

    *Counsel for Defendant*
    *Intercontinental Exchange, Inc.*