IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

MICHAEL C. HILD,

                *Plaintiff*,

v.

DAN FOSTER, *et al.*,

                *Defendants*.

Civil Action No. 3:25-cv-1050-DJN

**LOCAL CIVIL RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1 of the Eastern District of Virginia, Defendant Intercontinental Exchange, Inc. ("ICE") respectfully provides the following disclosure:

ICE is a publicly listed and traded company. ICE has no parent company, and no publicly held corporation owns more than ten percent of ICE. Other than Bakkt, Inc. (a publicly listed and traded company of which ICE owns 31% of the voting shares), ICE has no subsidiary or affiliate entities that have issued stock or debt securities to the public.

1

Dated: January 29, 2026                     Respectfully submitted,

*/s/ Donald Burke*
Donald Burke (VSB No. 76550)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
Tel: (202) 303-1037
Fax: (202) 303-2000
DBurke@willkie.com

Matthew Freimuth (*pro hac vice* forthcoming)
Melissa Taustine (*pro hac vice* forthcoming)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
MFreimuth@willkie.com
MTaustine@willkie.com

*Counsel for Defendant
Intercontinental Exchange, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Michael C. Hild
    michaelchristopherhild@gmail.com
    2302 East Marshall Street Richmond, VA 23223
    *Plaintiff, pro se*

    */s/ Donald Burke*
    Donald Burke (VSB No. 76550)
    WILLKIE FARR & GALLAGHER LLP
    1875 K Street, N.W.
    Washington, DC 20006
    Tel: (202) 303-1037
    Fax: (202) 303-2000
    DBurke@willkie.com