AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Michael C. Hild | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:25-cv-01050-DJN |
| Dan Foster, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Glen Haddock                         .

Date:  01/30/2026

/s/ Adriaen M. Morse Jr.
*Attorney's signature*

Adriaen M. Morse Jr. (VSB No. 3888())
*Printed name and bar number*

SECIL Law PLLC
1701 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006

*Address*

amorse@secillaw.com
*E-mail address*

(571) 314-5469
*Telephone number*

*FAX number*