# Exhibit 1

# State Corporation Commission
# Clerk's Information System

## Entity Information

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Live Well Financial, Inc. | Entity ID: | 06352132 |
| Entity Type: | Stock Corporation | Entity Status: | **Inactive** |
| Series LLC: | N/A | Reason for Status: | Surrendered |
| Formation Date: | 04/01/2005 | Status Date: | 08/28/2008 |
| VA Qualification Date: | 04/01/2005 | Period of Duration: | Perpetual |
| Industry Code: | 0 - General | Annual Report Due Date: | 04/30/2009 |
| Jurisdiction: | VA | Charter Fee: | $50.00 |
| Registration Fee Due Date: | Not Required | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Individual | Locality: | RICHMOND CITY |
| RA Qualification: | Officer of the Corporation | | |
| Name: | MICHAEL C HILD | Registered Office Address: | 20 N 20TH STREET STE A, RICHMOND, VA, 23223 - 0000, USA |

### Principal Office Address

Address: 830 E MAIN ST, STE 1000, RICHMOND, VA

Privacy Policy | Contact Us

# State Corporation Commission
# Clerk's Information System

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| CHRMN/PRES/CEO | Yes | MICHAEL C HILD | 830 E MAIN ST, STE 1000, RICHMOND, VA, 23219 - 0000, USA | 05/08/2008 |
| Vice President | No | BRETT LUDDEN | 830 E MAIN ST, STE 1000, RICHMOND, VA, 23219 - 0000, USA | 05/08/2008 |
| Vice President | No | DONNA EDWARDS | 830 E MAIN ST, STE 1000, RICHMOND, VA, 23219 - 0000, USA | 05/08/2008 |
|  | Yes | WILLIAM PANAK | 15020 CAPITAL ONE DRIVE, RICHMOND, VA, 23238 - 0000, USA | 03/30/2006 |
| VP/S | No | LISA GIRARDI | 830 E MAIN ST, STE 1000, RICHMOND, VA, 23219 - 0000, USA | 05/08/2008 |

Current Shares

Total Shares: 10000

Filing History        RA History        Name History        Previous Registrations

Garnishment Designees        Image Request

Back    Return to Search    Return to Results

Privacy Policy    |    Contact Us