IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICE OF VIRGINIA
(RICHMOND DIVISION)

| | |
|---|---|
| Michael C. Hild,<br><br>    Plaintiff,<br><br>v.<br><br>Dan Foster, et al.<br><br>    Defendants. | Civil Action No. 25-cv-01050-DJN |

**<u>DEFENDANT GLEN HADDOCK'S MOTION TO DISMISS</u>**

COMES NOW Defendant GLEN HADDOCK ("Haddock"), by and through counsel, and under Fed. R. Civ. P. 12(b) and Local Rule 7 moves to dismiss Plaintiff's business conspiracy claim against him under Va. Code §§ 18.2-499 and 18.2-500 ("Claim") and the Complaint as to him under:

1. Rule 12(b)(1) because the Court lacks jurisdiction under 28 U.S.C. §§ 1331 (federal question) and 1367 (supplemental jurisdiction);

2. Rule 12(b)(6) because the limitations period of five (5) years under Va. Code § 8.01-243(B) bars the Claim as to Defendant Haddock; and

3. Rule 12(b)(6) because the Complaint fails to state a claim for which relief can be granted as to Defendant Haddock.

Dated: January 30, 2026                    Respectfully submitted,


                                           /s/ *Adriaen M. Morse Jr.*
                                           Adriaen M. Morse Jr. (VSB No. 38889)
                                           Cory C. Kirchert (VSB No. 36163)
                                           SECIL Law PLLC
                                           1701 Pennsylvania Ave., NW
                                           Suite 200
                                           Washington, DC 20006

amorse@secillaw.com
Tel: (571) 314-5469
ckirchert@secillaw.com
Tel: (703) 405-7974

*Counsel for Defendant Glen Haddock*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, a true and accurate copy of the foregoing document was filed through the Court's CM/ECF electronic filing system, which will forward a copy of the same to Plaintiff and counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

Michael C. Hild, pro se
2302 E. Marshall Street
Richmond, Virginia 23223
Tel:(804) 306-4314
michaelchristopherhild@gmail.com

/s/ *Adriaen M. Morse Jr.*
Adriaen M. Morse Jr.