

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

MICHAEL C. HILD,
    Plaintiff,

v.                                                                 Civil Action No. 3:25-cv-01050-DJN

                                                             Hon. David J. Novak

DAN FOSTER;
GLEN HADDOCK;
LAWRENCE "LARRY" MATTERA, JR.;
CHRISTOPHER KRUPA;
BLOOMBERG L.P.;
ICE DATA PRICING & REFERENCE DATA LLC
   (f/k/a Interactive Data Pricing and Reference Data LLC;
    converted from Interactive Data Pricing and Reference Data, Inc.);
INTERCONTINENTAL EXCHANGE, INC.;
INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC;
MIRAE ASSET SECURITIES (USA) INC.;
FLAGSTAR BANK, FSB;
CUSTOMERS BANK; and
DOES 1–50,

    Defendants.

**PLAINTIFF'S LOCAL CIVIL RULE 7.1
CITIZENSHIP DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1 of the United States District Court for the Eastern District of Virginia, Plaintiff Michael C. Hild submits the following Citizenship Disclosure Statement:

1. Plaintiff Michael C. Hild is a citizen of the Commonwealth of Virginia.

2. Upon information and belief, no Defendant is a citizen of the Commonwealth of Virginia for purposes of diversity jurisdiction.

3. Defendant Dan Foster is a natural person who is not a citizen of Virginia.

4. Defendant Glen Haddock is a natural person who is not a citizen of Virginia.

5. Defendant Lawrence "Larry" Mattera, Jr. is a natural person who is not a citizen of Virginia.

6. Defendant Christopher Krupa is a natural person who is not a citizen of Virginia.

7. Defendant Bloomberg L.P. is a limited partnership whose partners are not citizens of Virginia.

8. Defendant ICE Data Pricing & Reference Data LLC (f/k/a Interactive Data Pricing and Reference Data LLC; converted from Interactive Data Pricing and Reference Data, Inc.) is a limited liability company whose members are not citizens of Virginia.

9. Defendant Intercontinental Exchange, Inc. is a corporation incorporated outside Virginia and having its principal place of business outside Virginia.

10. Defendant Industrial and Commercial Bank of China Financial Services LLC is a limited liability company whose members are not citizens of Virginia.

11. Defendant Mirae Asset Securities (USA) Inc. is a corporation incorporated outside Virginia and having its principal place of business outside Virginia.

12. Defendant Flagstar Bank, FSB is a federally chartered savings bank whose citizenship is determined by the location of its main office, which is not located in Virginia.

13. Defendant Customers Bank is a Pennsylvania-chartered bank whose main office is located in Pennsylvania and not in Virginia.

14. Defendants Does 1–50 are persons or entities whose citizenship is currently unknown but who, upon information and belief, are not citizens of Virginia.

Dated: February 2, 2026

*Michael C Hild*
_____
Michael C. Hild
Plaintiff, pro se
2302 E. Marshall Street
Richmond, VA 23223
(804) 306-4314
michaelchristopherhild@gmail.com

## CERTIFICATE OF SERVICE

I certify that on February 2, 2026, I caused the foregoing Citizenship Disclosure Statement to be filed with the Clerk of the Court for the United States District Court for the Eastern District of Virginia. Upon filing, the Clerk transmitted a Notice of Electronic Filing through the Court's CM/ECF system, which served the document on all counsel of record and parties who have appeared in this action and are registered for electronic notice.

I further certify that on the same date, I served this document by email on all counsel who have appeared in this action, using the email addresses listed in their filings and/or used by such counsel in communications with me in this case.

_/s/ Michael C. Hild_

Michael C. Hild

Plaintiff, pro se

4