IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MICHAEL C. HILD,
Plaintiff,

v.  Civil No. 3:25cv1050 (DJN)

DAN FOSTER, *et al.*,
Defendants.

## ORDER
### (Denying as Moot Motions to Dismiss)

This matter comes before the Court on Defendant Customers Bank's Motion to Dismiss (ECF No. 7), Defendant Bloomberg, L.P.'s Motion to Dismiss (ECF No. 33), Defendant Glen Haddock's Motion to Dismiss (ECF No. 37) and Defendant Flagstar Bank, FSB's Motion to Dismiss (ECF No. 39). On February 2, 2026, Plaintiff Michael Hild ("Plaintiff") filed an Amended Complaint (ECF No. 46) as a matter of course. *See* Fed. R. Civ. P. 15(a)(1)(B) (allowing a party to amend its pleading once as a matter of course no later than 21 days after service of a Rule 12(b) motion). An amended complaint "supersedes the [preceding complaint] and renders it of no legal effect." *Young v. City of Mt. Rainier*, 238 F.3d 567, 572 (4th Cir. 2001). Accordingly, the Court hereby DENIES AS MOOT Defendant Customers Bank's Motion to Dismiss (ECF No. 7), Defendant Bloomberg, L.P.'s Motion to Dismiss (ECF No. 33), Defendant Glen Haddock's Motion to Dismiss (ECF No. 37) and Defendant Flagstar Bank, FSB's Motion to Dismiss (ECF No. 39).

2

Defendants shall have twenty-one (21) days from the filing of the Amended Complaint to file a responsive pleading, including any Motion to Dismiss.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                               /s/
                                       David J. Novak
Richmond, Virginia                      United States District Judge
Dated: February 3, 2026