IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| MICHAEL C. HILD, *Plaintiff*, v. DAN FOSTER, *et al.*, *Defendants*. | Civil Action No. 3:25-cv-1050-DJN |

**DEFENDANTS CHRISTOPHER KRUPA'S AND
ICE DATA PRICING & REFERENCE DATA LLC'S
MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S AMENDED COMPLAINT**

Defendants Christopher Krupa and ICE Data Pricing & Reference Data LLC ("PRD"), through the undersigned counsel, and without waiving any defenses described or referred to in Federal Rule of Civil Procedure ("Rule") 12, respectfully request, pursuant to Rule 6(b) and Local Civil Rule 7(F)(2)(b), a 7-day and 1-day extension of time, respectively, to answer, move, or otherwise respond to Plaintiff Michael C. Hild's Amended Complaint, on or before March 2, 2026. In support of this motion, Defendants states as follows:

1. The undersigned counsel represent Defendants Krupa, PRD, and Intercontinental Exchange, Inc. ("ICE," and, together with Mr. Krupa and PRD, the "ICE Defendants"). ICE is Mr. Krupa's employer, and PRD and ICE are affiliated corporate entities.

2. Mr. Krupa and PRD file this motion to ensure that the ICE Defendants have the same date to respond to the operative pleading for the sake of efficiency and judicial economy.

3. On December 23, 2025, Plaintiff filed his Complaint in this matter, Dkt. No. 1.

4.      On January 29, 2026, the Court granted ICE's motion for an extension of time to respond to Plaintiff's Complaint no later than March 2, 2026. Dkt. No. 27.

5.      On January 30, 2026, Plaintiff filed a motion seeking authorization of alternative service on Mr. Krupa. Dkt. No. 29.

6.      On February 2, 2026, the Court granted Plaintiff's motion and directed Plaintiff to "serve a copy of the Summons and Complaint on Defendant Krupa's counsel by electronic mail." Dkt. No. 44.

7.      On February 2, 2026, Plaintiff served a copy of the Summons and Complaint on Mr. Krupa's counsel by electronic mail.

8.      Later that same day, Plaintiff filed an Amended Complaint. Dkt. No. 46. In addition to ICE and Mr. Krupa, the Amended Complaint also named PRD as a Defendant for the first time. *See* Dkt. No. 46.

9.      On February 4, 2026, PRD's counsel emailed Plaintiff offering to accept service on behalf of PRD in exchange for Plaintiff's agreement that Mr. Krupa and PRD may have until March 2, 2026 (like ICE) to answer, move, or otherwise respond to the Amended Complaint.

10.     Plaintiff responded that he "take[s] no position on what any defendant's response deadline is or is not" and would proceed with formally serving PRD.

11.     PRD was served with the Summons and Amended Complaint on February 6, 2026. *See* Dkt. No. 56.

12.     As it stands, based on the above, each of the ICE Defendants now has a different deadline to respond to the Amended Complaint. Pursuant to the Court's prior order, as noted above, and Federal Rule of Civil Procedure 15(a)(3), ICE's deadline to respond is March 2, 2026. *See* Dkt. No. 27. Pursuant to Federal Rules of Civil Procedure 12(a)(1)(A)(i) and 15(a)(3), Mr. Krupa's

current deadline to answer, move, or otherwise respond to the Amended Complaint is February 23, 2026. And pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), PRD's current deadline to answer, move, or otherwise respond to the Amended Complaint is February 27, 2026. *See* Dkt. No. 56.

13. The ICE Defendants desire to respond to the Amended Complaint with a single, coordinated filing. Good cause exists to extend the time for Mr. Krupa and PRD to respond to the Amended Complaint because extensions to a common deadline will promote judicial economy and save judicial party resources by allowing Mr. Krupa and PRD to file a joint response to the Amended Complaint together with ICE. Moreover, Mr. Krupa's and PRD's response deadlines should be extended because counsel requires additional time to fully analyze the factual and legal issues raised by the Amended Complaint as to these particular Defendants.

14. Accordingly, Mr. Krupa respectfully requests a 7-day extension, through and including March 2, 2026 to respond to the Amended Complaint. PRD respectfully requests a 1-day extension, through and including March 2, 2026 to respond to the Amended Complaint.

15. This motion is filed before the putative expiration of Mr. Krupa's and PRD's time to otherwise respond to the Amended Complaint.

16. This is Mr. Krupa's and PRD's first request for an extension of time.

17. The requested extensions will not prejudice Plaintiff or unduly delay this litigation. *See* Dkt. Nos. 14, 20, 27 (granting motions for extension of time "[f]or good cause shown and because an extension would not prejudice Plaintiff," with response deadlines set for March 2, 2026).

18. For the reasons stated herein, the requested extensions are appropriate, and there is a good cause for the same.

3

\* \* \* \* \*

WHEREFORE, Mr. Krupa and PRD respectfully request that the Court enter an Order, substantially in the form attached hereto as Exhibit A, providing Mr. Krupa and PRD with extensions of time up to and including March 2, 2026 (the same day as ICE), to answer or otherwise respond to Plaintiff's Amended Complaint.

Dated: February 9, 2026

Respectfully submitted,

/s/ Donald Burke

Donald Burke (VSB No. 76550)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
Tel: (202) 303-1037
Fax: (202) 303-2000
DBurke@willkie.com

Matthew Freimuth (*pro hac vice* pending)
Melissa Taustine (*pro hac vice* pending)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
MFreimuth@willkie.com
MTaustine@willkie.com

*Counsel for Intercontinental Exchange, Inc, Christopher Krupa and ICE Data Pricing & Reference Data LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of February, 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record and to the following:

Michael C. Hild
michaelchristopherhild@gmail.com
2302 East Marshall Street Richmond, VA 23223
*Plaintiff, pro se*

                                      */s/ Donald Burke*
                                      Donald Burke (VSB No. 76550)
                                      WILLKIE FARR & GALLAGHER LLP
                                      1875 K Street, N.W.
                                      Washington, DC 20006
                                      Tel: (202) 303-1037
                                      Fax: (202) 303-2000
                                      DBurke@willkie.com

                                      *Counsel for Intercontinental Exchange, Inc,*
                                      *Christopher Krupa and ICE Data Pricing &*
                                      *Reference Data LLC*