**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

---------------------------------------------------------------------x
:
MICHAEL C. HILD, individually and as owner of : 
business and marital property interests, :
:
                                    Plaintiff,    :    No. 3:25-cv-01050 (DJN)
:
      - against - :
:
DAN FOSTER *et al*., :
:
                               Defendants. :
:
---------------------------------------------------------------------x

**MOTION OF DEFENDANT BLOOMBERG L.P. FOR EXTENSION**
**OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**

      Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), defendant Bloomberg L.P. ("Bloomberg"), by and through its undersigned counsel, and without waiving any defenses described or referred to in Federal Rule of Civil Procedure 12 or otherwise, respectfully requests an extension of time until March 2, 2026, for Bloomberg to answer, move, or otherwise respond to the First Amended Complaint.

      In support of this motion, Bloomberg states as follows:

      1.      On December 23, 2025, Plaintiff filed the original Complaint in this action, which asserted a single claim. (ECF No. 1.)

      2.      On January 30, 2026, Bloomberg timely filed a Motion to Dismiss the original complaint. (ECF Nos. 33, 34.)

      3.      On February 2, 2026, plaintiff filed the First Amended Complaint. (ECF No. 46.) The First Amended Complaint alleges a factual theory which differs substantially from the theory upon which the original Complaint was based and asserts six claims.

4. On February 3, 2026, the Court denied Bloomberg's Motion to Dismiss as moot in light of the filing of the First Amended Complaint and ordered that Bloomberg's deadline to respond to the First Amended Complaint was February 23, 2026. (ECF No. 52.)

5. Bloomberg seeks a brief extension of time to analyze the new allegations and the five additional claims in the First Amended Complaint and formulate its response.

6. Three of the defendants previously sought and were granted extensions of their time to respond to the original Complaint until March 2, 2026. (ECF Nos. 14, 20, 27.) In addition, certain other defendants have requested an extension of their time to respond to the First Amended Complaint to the same date. (ECF No. 58.)

7. Accordingly, Bloomberg respectfully requests an extension of its time to respond to the First Amended Complaint to March 2, 2026.

8. This is Bloomberg's first request for an extension of time.

9. The requested extension will not prejudice any party or unduly delay the progress of this action.

10. Plaintiff has stated he does not consent to the extension Bloomberg requests by this motion.

11. For the reasons stated herein, the requested extension is appropriate, and there is good cause for the same.

12. This motion is being filed without an accompanying brief, as permitted by Local Civil Rule 7(F)(2)(b).

\* \* \*

WHEREFORE, Bloomberg respectfully requests that the Court enter an Order, substantially in the form attached hereto granting Bloomberg an extension of time to and including March 2, 2026 to respond to the First Amended Complaint.

Dated:   February 10, 2026                                  Respectfully submitted,

By:   /s/
Jason R. Hodge (VSB No. 90793)
*Attorney for Defendant Bloomberg L.P.*
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1021 East Cary Street, Suite 2120
Richmond, VA 23219
Telephone: (804) 533-3891
Facsimile: (804) 616-4129
jason.hodge@nelsonmullins.com

Anne E. Beaumont (*pro hac vice*)
Diana Arsanjani Reisman (*pro hac vice*)
*Attorneys for Defendant Bloomberg L.P.*
FRIEDMAN KAPLAN SEILER
ADELMAN & ROBBINS LLP
7 Times Square
New York, New York 10036-6516
Telephone: (212) 833-1100
abeaumont@fklaw.com
dreisman@fklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served via ECF on all counsel of record and parties registered to receive service via the Court's CM/ECF system.

/s/
Jason R. Hodge (VSB No. 90793)
*Attorney for Defendant Bloomberg L.P.*
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1021 East Cary Street, Suite 2120
Richmond, VA 23219
Telephone: (804) 533-3891
Facsimile: (804) 616-4129
jason.hodge@nelsonmullins.com