# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (RICHMOND DIVISION)

| | |
|---|---|
| Michael C. Hild,<br><br>    Plaintiff,<br><br>v.<br><br>Dan Foster, et al.<br><br>    Defendants. | Civil Action No. 25-cv-01050-DJN |

## LOCAL RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Defendant Glen Haddock provides the following disclosure:

Glen Haddock is an American citizen domiciled in Virginia.

Dated: February 23, 2026

Respectfully submitted,

/s/ *Adriaen M. Morse Jr.*
Adriaen M. Morse Jr. (VSB No. 38889)
Cory C. Kirchert (VSB No. 36163)
SECIL Law PLLC
1701 Pennsylvania Ave., NW
Suite 200
Washington, DC 20006
amorse@secillaw.com
Tel: (571) 314-5469
ckirchert@secillaw.com
Tel: (703) 405-7974

*Counsel for Defendant Glen Haddock*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, a true and accurate copy of the foregoing document was filed through the Court's CM/ECF electronic filing system, which will forward a copy of the same to Plaintiff and counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

Michael C. Hild, pro se
2302 E. Marshall Street
Richmond, Virginia 23223
Tel:(804) 306-4314
michaelchristopherhild@gmail.com

/s/ *Adriaen M. Morse Jr.*
Adriaen M. Morse Jr.