UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| MICHAEL C. HILD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAN FOSTER, in his individual capacity;<br>GLEN HADDOCK, in his individual capacity;<br>LAWRENCE "LARRY" MATTERA, JR.,<br>in his individual capacity; CHRISTOPHER<br>KRUPA, in his individual capacity;<br>BLOOMBERG L.P; INTERCONTINENTAL<br>EXCHANGE, INC.; INDUSTRIAL AND<br>COMMERCIAL BANK OF CHINA<br>LIMITED; MIRAE ASSET SECURITIES<br>(USA) INC.; FLAGSTAR BANK, FSB;<br>CUSTOMERS BANK; and DOES 1-50,<br>inclusive,<br><br>　　　　Defendants. | Case No. 3:25-cv-1050 (DJN)<br>Honorable David J. Novak |

**[PROPOSED] ORDER GRANTING DEFENDANT FLAGSTAR BANK, N.A.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

This matter having come before the Court on Defendant Flagstar Bank, N.A.'s Motion to Dismiss First Amended Complaint, and the Court having reviewed the parties' submissions in connection with the Motion,

IT IS HEREBY ORDERED that Defendant Flagstar Bank, N.A.'s Motion to Dismiss First Amended Complaint is GRANTED and Plaintiff's First Amended Complaint is DISMISSED with prejudice as to Defendant Flagstar Bank, N.A.

**SO ORDERED.**

1

Dated: _____, 2026

                                                      David J. Novak
                                                    United States District Judge