# Exhibit C

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of February, two thousand and twenty-six,

United States of America,

    Appellee,

v.

Michael Hild,

    Defendant - Appellant.

**ORDER**

Docket No. 23-6136

Appellant filed two petitions for panel and en banc rehearing on September 10 and November 25, 2025, respectively. The Court denied the panel rehearing portion of the September 10, 2025 petition by order dated October 15, 2025. On December 22, 2025, the Court issued an order denying panel and en banc rehearing without specifying the date of the petition. Appellant has moved for clarification regarding which petition for en banc rehearing the Court denied. The panel and the active members of the Court have considered both petitions seeking panel and en banc rehearing.

IT IS HEREBY ORDERED that both petitions are DENIED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

