AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Michael C. Hild ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:25-cv-01050 (DJN) |
| Dan Foster et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Industrial and Commercial Bank of China Financial Services LLC .

Date: 02/24/2026

s/ Jennifer B. Routh
*Attorney's signature*

Jennifer B. Routh (VSB No. 95486)
*Printed name and bar number*

McDermott Will & Schulte
500 N. Capitol Street, NW
Washington, DC 20001
*Address*

jrouth@mcdermottlaw.com
*E-mail address*

(202) 756-8000
*Telephone number*

(202) 756-8087
*FAX number*