IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Michael C. Hild, <br><br> Plaintiff, <br><br> v. <br><br> Dan Foster, et al., <br><br> Defendants. | Civil Action No. 3:25-cv-01050-DJN |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Industrial and Commercial Bank of China Financial Services LLC ("ICBCFS"), by and through its undersigned counsel, respectfully moves this Court for an extension of time until March 2, 2026, for ICBCFS to answer, plead, claim, move, or otherwise respond to the First Amended Complaint ("FAC").

1. On December 23, 2025, Plaintiff filed the original complaint in this action, which did not name ICBCFS as a defendant, and asserted only a single claim. (ECF No. 1.)

2. On February 2, 2026, Plaintiff filed the First Amended Complaint ("FAC"), which adds ICBCFS as a defendant and asserts six claims. (ECF No. 46.)

3. Plaintiff submitted a notice of filing summons and executed proof of service that states ICBCFS was served on February 6, 2026. (ECF No. 55.) Thus, ICBCFS's deadline to respond to the FAC is currently February 27, 2026.

4. ICBCFS seeks a brief extension of time to accommodate ICBCFS's ongoing investigation into the claims alleged in the FAC.

5. Three other defendants previously sought and were granted extensions of time to respond to the original complaint until March 2, 2026. (ECF Nos. 14, 20, 27.) Two other defendants sought and were granted extensions of time to respond to the FAC until March 2, 2026. (ECF Nos. 61, 64.)

6. Accordingly, ICBCFS respectfully requests an extension of its time to respond to the FAC to March 2, 2026, which will align the defendants' response deadlines.

7. This is ICBCFS's first request for an extension of time.

8. The requested extension will not prejudice any party or unduly delay the progress of this action.

9. For the reasons stated herein, the requested extension is appropriate, and there is good cause for the same.

10. A proposed order granting the requested relief is submitted herewith.

WHEREFORE, ICBCFS respectfully requests that the Court enter the proposed order extending ICBCFS's deadline to March 2, 2026, to answer, plead, claim, move, or otherwise respond to the FAC.

Dated: February 24, 2026					Respectfully submitted,

							*/s/ Jennifer B. Routh*
							Jennifer B. Routh (VSB No. 95486)
							Philip Bezanson (*pro hac vice* forthcoming)
							MCDERMOTT WILL & SCHULTE LLP
							500 North Capitol Street NW
							Washington, DC 20001
							(202) 756-8000
							jrouth@mcdermotttlaw.com
							pbezanson@mcdermotttlaw.com


							*Counsel for Defendant*
							*Industrial and Commercial Bank of China*
							*Financial Services LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of February, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to all counsel of record and to the Plaintiff (Dkt. No. 5).

s/ *Jennifer B. Routh*
Jennifer B. Routh
