IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

-------------------------------------------------------------------x
: 
MICHAEL C. HILD, individually and as owner of : 
business and marital property interests, : 
 : 
                                    Plaintiff, :    No. 3:25-cv-01050 (DJN)
 : 
     - against - : 
 : 
DAN FOSTER *et al.*, : 
 : 
                               Defendants. : 
 : 
-------------------------------------------------------------------x

## MOTION OF DEFENDANT LAWRENCE MATTERA
## TO DISMISS THE FIRST AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6), defendant Lawrence Mattera, by and through his undersigned counsel, respectfully moves this Court for an order dismissing the First Amended Complaint as against him with prejudice. In support of this Motion, Mr. Mattera incorporates the arguments and reasons set forth in the accompanying Memorandum of Law of Defendant Lawrence Mattera in Support of Motion to Dismiss the First Amended Complaint as if fully set forth herein.

WHEREFORE, Mr. Mattera respectfully requests that the Court dismiss the First Amended Complaint in its entirety as against him with prejudice, and grant such other and further relief that the Court deems just and proper under applicable law.

Dated: March 2, 2026

By: /s/
Jason R. Hodge (VSB No. 90793)
*Attorney for Defendant Lawrence Mattera*
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1021 East Cary Street, Suite 2120
Richmond, VA 23219
Telephone: (804) 533-3891
Facsimile: (804) 616-4129
jason.hodge@nelsonmullins.com

Anne E. Beaumont (*pro hac vice*)
Diana Arsanjani Reisman (*pro hac vice*)
*Attorneys for Defendant Lawrence Mattera*
FRIEDMAN KAPLAN SEILER
ADELMAN & ROBBINS LLP
7 Times Square
New York, New York 10036-6516
Telephone: (212) 833-1100
abeaumont@fklaw.com
dreisman@fklaw.com

## **CERTIFICATE OF SERVICE**

        I hereby certify that on March 2, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served via ECF on all counsel of record and parties registered to receive service via the Court's CM/ECF system.

        /s/
Jason R. Hodge (VSB No. 90793)
*Attorney for Defendant Lawrence Mattera*
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1021 East Cary Street, Suite 2120
Richmond, VA 23219
Telephone: (804) 533-3891
Facsimile: (804) 616-4129
jason.hodge@nelsonmullins.com