UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**MICHAEL C. HILD,**

    Plaintiff,

v.                                Civil Action No. 3:25-cv-01050-DJN

**DAN FOSTER; GLEN HADDOCK; LAWRENCE "LARRY" MATTERA, JR.; CHRISTOPHER KRUPA; BLOOMBERG L.P.; INTERCONTINENTAL EXCHANGE INC.; INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC; MIRAE ASSET SECURITIES (USA) INC.; FLAGSTAR BANK, FSB; CUSTOMERS BANK; AND DOES 1-50,**

    Defendants.

## DEFENDANT MIRAE ASSET SECURITIES (USA) INC.'S <u>MOTION TO DISMISS</u>

Defendant Mirae Asset Securities (USA) Inc. ("Defendant" or "Mirae"), by counsel, and pursuant to Fed. R. Civ. P. 12(b)(1), (2), (5), and (6), hereby moves to dismiss ("Motion" or "Motion to Dismiss") Plaintiff's First Amended Complaint (Dkt. 46, "FAC" or "Complaint") filed by Michael C. Hild ("Plaintiff") for: (1) failing to properly invoke this Court's subject matter jurisdiction; (2) failing to establish this Court has personal jurisdiction over Mirae; (3) not properly serving Mirae with process; and (4) failing a state a claim upon which relief can be granted. The grounds for this Motion are set forth in the Memorandum of Law contemporaneously filed herewith and incorporated herein by reference.

WHEREFORE, Defendant Mirae Asset Securities (USA) Inc. prays that the Court dismisses Plaintiff's Complaint with prejudice and grant such other and further relief as may be appropriate.

Dated: March 2, 2026

/s/ *John E. Komisin*
John E. Komisin (VSB No. 84061)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: 804-697-1872
Facsimile: 804-697-1339
Email: jed.komisin@troutman.com

*Counsel for Mirae Asset Securities (USA) Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 2, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record and to the Plaintiff [Dkt. No. 5].

                                                    */s/ John E. Komisin*
                                                    John E. Komisin (VSB No. 84061)

                                                    *Counsel for Mirae Asset Securities (USA) Inc.*