IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| MICHAEL C. HILD,<br><br>       *Plaintiff*,<br><br>v.<br><br>DAN FOSTER, *et al.*,<br><br>       *Defendants*. | Civil Action No. 3:25-cv-1050-DJN |

**DEFENDANTS INTERCONTINENTAL EXCHANGE, INC., ICE DATA PRICING &
REFERENCE DATA, LLC, AND CHRISTOPHER KRUPA'S
<u>MOTION TO DISMISS THE AMENDED COMPLAINT</u>**

By and through undersigned counsel pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Intercontinental Exchange, Inc. ("ICE"), ICE Data Pricing & Reference Data, LLC ("PRD"), and Christopher Krupa (collectively, the "ICE Defendants") hereby move to dismiss all claims against them. As explained more fully in the supporting memorandum filed herewith, this action should be dismissed because the Court lacks subject matter jurisdiction and because the Amended Complaint fails to state any claim against the ICE Defendants.

For the reasons stated in this motion and the supporting memorandum, the ICE Defendants respectfully request that the Court dismiss the Plaintiff's Amended Complaint with prejudice as to the ICE Defendants.

1

Dated: March 2, 2026                          Respectfully submitted,


                                              /s/ Donald Burke

                                              Donald Burke (VSB No. 76550)
                                              WILLKIE FARR & GALLAGHER LLP
                                              1875 K Street, N.W.
                                              Washington, DC 20006
                                              Tel: (202) 303-1037
                                              Fax: (202) 303-2000
                                              DBurke@willkie.com

                                              Matthew Freimuth (admitted *pro hac vice*)
                                              Melissa Taustine (admitted *pro hac vice*)
                                              WILLKIE FARR & GALLAGHER LLP
                                              787 Seventh Avenue
                                              New York, NY 10019
                                              Tel: (212) 728-8000
                                              MFreimuth@willkie.com
                                              MTaustine@willkie.com

                                              *Counsel for Intercontinental Exchange, Inc.,
                                              Christopher Krupa and ICE Data Pricing &
                                              Reference Data, LLC*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of March, 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record and to the following:

Michael C. Hild
michaelchristopherhild@gmail.com
2302 East Marshall Street
Richmond, VA 23223

*Plaintiff, pro se*

/s/ Donald Burke
Donald Burke (VSB No. 76550)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
Tel: (202) 303-1037
Fax: (202) 303-2000
DBurke@willkie.com

*Counsel for Intercontinental Exchange, Inc., Christopher Krupa and ICE Data Pricing & Reference Data, LLC*