**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

```
-------------------------------------------------------------------x
                                                                   :
MICHAEL C. HILD, individually and as owner of                      :
business and marital property interests,                           :
                                                                   :
                              Plaintiff,         :   No. 3:25-cv-01050 (DJN)
                                                                   :
       - against -                                                 :
                                                                   :
DAN FOSTER et al.,                                                 :
                                                                   :
                              Defendants.        :
                                                                   :
-------------------------------------------------------------------x
```

**MOTION OF DEFENDANTS BLOOMBERG L.P. AND LAWRENCE MATTERA
FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT
OF THEIR MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), defendants Bloomberg L.P. ("Bloomberg") and Lawrence Mattera (collectively, "Defendants"), by and through their undersigned counsel, respectfully request a one-week extension of the deadline for them to file their replies in support of their motions to dismiss Plaintiff's First Amended Complaint.

In support of this motion, Defendants state as follows:

1. On February 2, 2026, Plaintiff Michael Hild filed the First Amended Complaint. (ECF No. 46.)

2. On March 3, 2026, Bloomberg and Mr. Mattera filed motions to dismiss Plaintiff's First Amended Complaint. (ECF Nos. 89, 90, 92, 93.)

3. Plaintiff Michael Hild filed papers in opposition to those motions on March 9, 2026, which was two weeks before they were due. (ECF Nos. 110, 111.)

4. Pursuant to Local Civil Rule 7(F)(1), Defendants' replies in support of their motions currently are due on March 16, 2026.[1]

5. Defendants respectfully request a one-week extension of that deadline.

6. On March 9, 2026, Defendants' lead counsel had a death in her immediate family, and has been indisposed as a result, and therefore respectfully requests additional time to prepare Defendants' replies.

7. Neither Bloomberg nor Mr. Mattera has previously requested an extension of this deadline.

8. The Court previously granted Bloomberg a two-week extension of time to respond to the First Amended Complaint so that its response deadline would align with the deadline applicable to other defendants in this action, several of whom had already sought and received the same extension. (ECF Nos. 14, 20, 27, 58, 61.)

9. Mr. Mattera, who was served on February 17, 2026 (ECF No. 73), and therefore had a later response deadline, did not seek an extension and instead filed his motion to dismiss eight days before his deadline to do so.

10. On March 10, 2026, Defendants' counsel emailed Plaintiff to ask if he would consent to the requested extension and has not received a response.

11. For the reasons stated herein, this request is made in good faith and not for the purposes of delay. The requested extension will not prejudice any party or unduly delay the progress of this action. Indeed, even with the requested extension, the motions still will be fully

---

[1] The deadline falls on Sunday, March 15, 2026, and pursuant to Rule 6(a)(1)(C), the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday, which is Monday, March 16, 2026.

briefed before they otherwise would be if Plaintiff had filed his opposition papers at the time provided for under the Local Rules.

12. This motion is being filed without an accompanying brief, as permitted by Local Civil Rule 7(F)(2)(b).

\* \* \*

WHEREFORE, Defendants respectfully request that the Court enter an Order, substantially in the form attached hereto, granting Defendants Bloomberg and Mr. Mattera an extension of time to and including March 23, 2026, to file their replies in support of their Motions to Dismiss the First Amended Complaint.

Dated:   March 12, 2026                                             Respectfully submitted,

By:   /s/
Jason R. Hodge (VSB No. 90793)
*Attorney for Defendants Bloomberg L.P. and Lawrence Mattera*
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1021 East Cary Street, Suite 2120
Richmond, VA 23219
Telephone: (804) 533-3891
Facsimile: (804) 616-4129
jason.hodge@nelsonmullins.com

Anne E. Beaumont (*pro hac vice*)
Diana Arsanjani Reisman (*pro hac vice*)
*Attorneys for Defendants Bloomberg L.P. and Lawrence Mattera*
FRIEDMAN KAPLAN SEILER
ADELMAN & ROBBINS LLP
7 Times Square
New York, New York 10036-6516
Telephone: (212) 833-1100
abeaumont@fklaw.com
dreisman@fklaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served via ECF on all counsel of record and parties registered to receive service via the Court's CM/ECF system.

/s/
Jason R. Hodge (VSB No. 90793)
*Attorney for Defendants Bloomberg L.P. and Lawrence Mattera*
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1021 East Cary Street, Suite 2120
Richmond, VA 23219
Telephone: (804) 533-3891
Facsimile: (804) 616-4129
jason.hodge@nelsonmullins.com