**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**MICHAEL C. HILD,**

     **Plaintiff,**

**v.**                                    **Civil Action No. 3:25-cv-01050-DJN**

**DAN FOSTER; GLEN HADDOCK;**
**LAWRENCE "LARRY" MATTERA, JR.;**
**CHRISTOPHER KRUPA; BLOOMBERG**
**L.P.; INTERCONTINENTAL**
**EXCHANGE INC.; INDUSTRIAL AND**
**COMMERCIAL BANK OF CHINA**
**FINANCIAL SERVICES LLC; MIRAE**
**ASSET SECURITIES (USA) INC.;**
**FLAGSTAR BANK, FSB; CUSTOMERS**
**BANK; AND DOES 1-50,**

     **Defendants.**

**DEFENDANT MIRAE ASSET SECURITIES (USA) INC.'S OPPOSITION TO**
**PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

Defendant Mirae Asset Securities (USA) Inc. ("Mirae"), by counsel, submits this opposition to Plaintiff's Motion for Alternative Service (Dkt. 125, "Motion" or "Motion for Alternative Service"). The Motion should be denied for the following reasons.

1.     Plaintiff requests that the Court permit him to complete service pursuant to NY CPLR § 308(5).  (Dkt. 125 at 2; Dkt. 126 at 3-4.)  This request should be denied for two reasons.

2.     First, service under NY CPLR § 308 is limited to "service *upon a natural person*." As Mirae is a corporation and not a natural person, this statute is inapposite.

3.     Second, even if NY CPLR § 308(5) were an appropriate vehicle through which to attempt service (which it is not), alternative section under that subsection is only available where "service is impracticable under *paragraphs one, two and four of this section*." NY CPLR §

308(5).  Plaintiff describes only one purported service attempt in his Motion.  (Dkt. 126 at 2-3.)

As he has not demonstrated or claimed attempts to serve pursuant to paragraphs one, two *and* four

of NY CPLR § 308, Plaintiff's Motion separately fails.

## CONCLUSION

For these reasons, Mirae Asset Securities (USA) Inc. respectfully requests that the Court

deny Plaintiff's Motion for Alternative Service.

Dated: March 23, 2026

*/s/ John E. Komisin*
John E. Komisin (VSB No. 84061)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: 804-697-1872
Facsimile: 804-697-1339
Email: jed.komisin@troutman.com

*Counsel for Mirae Asset Securities (USA) Inc.*

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 23, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record and to the Plaintiff [Dkt. 5].

*/s/ John E. Komisin*
John E. Komisin (VSB No. 84061)

*Counsel for Mirae Asset Securities (USA) Inc.*

2