**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**



MICHAEL C. HILD,
    Plaintiff,

v.

DAN FOSTER;
GLEN HADDOCK;
LAWRENCE "LARRY" MATTERA, JR.;
CHRISTOPHER KRUPA;
BLOOMBERG L.P.;
ICE DATA PRICING & REFERENCE DATA LLC
  (f/k/a Interactive Data Pricing and Reference Data LLC;
  converted from Interactive Data Pricing and Reference Data, Inc.);
INTERCONTINENTAL EXCHANGE, INC.;
INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC;
MIRAE ASSET SECURITIES (USA) INC.;
FLAGSTAR BANK, FSB;
CUSTOMERS BANK; and
DOES 1–50,

    Defendants.

Civil Action No. 3:25-cv-01050-DJN

Hon. David J. Novak

---

### PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR ALTERNATIVE SERVICE

---

Defendant's opposition addresses whether N.Y. C.P.L.R. § 308 applies to corporations. That is

not the issue before the Court.

Plaintiffs seek court-directed alternative service under Federal Rule of Civil Procedure

4(h)(1)(A), which permits service in accordance with state law, and Rule 4(e)(1), which

1

incorporates state-law methods where service proves impracticable. Courts routinely authorize alternative service where a plaintiff has exercised diligence and service through the prescribed method is not feasible.

Here, Plaintiff attempted service through Defendant's designated statutory agent, the New York Department of State, as reflected in the entity records attached as Exhibit A to Plaintiff's Motion. That attempt failed. As shown in Exhibit B to Plaintiff's Motion, the New York Department of State expressly refused to accept service, stating that the "Court/Forum [is] not within NYS."

Defendant does not dispute that service through its designated agent failed, nor does it dispute that it has actual notice of this action, as evidenced by its appearance and filings in this case. Under these circumstances, service through ordinary means has proven impracticable, and alternative service is warranted.

Defendant's focus on § 308 does not alter this analysis. Plaintiffs do not rely on § 308 as an exclusive method of service on a corporation, but rather as a procedural analogue supporting court-directed service where traditional methods have failed. The governing standard remains Rule 4 and the practical realities of effectuating service.

For these reasons, Plaintiffs respectfully request that the Court grant the Motion and authorize alternative service.

2

DATED: March 23, 2026

Respectfully submitted,

Michael C. Hild, pro se
2302 E. Marshall Street
Richmond, Virginia 23223
(804) 306-4314
michaelchristopherhild@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, I caused the foregoing Plaintiff's Reply in Support of

Motion for Authorization of Alternative Service on Defendant Mirae Asset Securities (USA) Inc.

via Counsel to be filed with the Clerk of Court using the CM/ECF system.

I further certify that the CM/ECF system will send a Notice of Electronic Filing (NEF) to all

counsel of record who have appeared in this action.

To the extent any party has not appeared through counsel, I further certify that I served a copy of

this filing by electronic mail.

Michael C. Hild

Plaintiff, pro se

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____DIVISION

Michael C. Hill
_____
        Plaintiff(s),

        v.

Dan Foster, Et al.
_____
        Defendant(s),

Civil Action Number: 3:25-cv-01050-DJN

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of Plaintiff's Reply in Support .
                                                                              (Title of Document)

Michael C. Hill
_____
Name of *Pro Se* Party (Print or Type)

Michael C. Hill
_____
Signature of *Pro Se* Party

Executed on: 3/23/2026 (Date)

                                        OR

The following attorney(s) prepared or assisted me in preparation of _____ .
                                                                              (Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)