**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(RICHMOND DIVISION)**

|  |  |
|---|---|
| Michael C. Hild, | |
|     Plaintiff, | |
| v. | Civil Action No. 25-cv-01050-DJN |
| Dan Foster, et al. | |
|     Defendants. | |

**<u>WAIVER OF HEARING</u>**

Defendant Glen Haddock, by and through his undersigned counsel, hereby waives a hearing as to his Motion to Dismiss (ECF 77).

March 24, 2026                              Respectfully submitted,


/s/ *Adriaen M. Morse Jr.*
Adriaen M. Morse Jr. (VSB No. 38889)
Cory C. Kirchert (VSB No. 36163)
SECIL Law PLLC
1701 Pennsylvania Ave., NW
Suite 200
Washington, DC 20006
amorse@secillaw.com
Tel: (571) 314-5469
ckirchert@secillaw.com
Tel: (703) 405-7974

*Counsel for Defendant Glen Haddock*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2026, a true and accurate copy of the foregoing document was filed through the Court's CM/ECF electronic filing system, which will forward a copy of the same to Plaintiff and counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

Michael C. Hild, pro se
2302 E. Marshall Street
Richmond, Virginia 23223
Tel:(804) 306-4314
michaelchristopherhild@gmail.com

/s/ *Adriaen M. Morse Jr.*
Adriaen M. Morse Jr.

2